United States District Court
Northern District of Alabama
Northwestern Division

**Ingram Bey, Eric Jamar**
**(National of the United States, non-citizen, non-resident, non-subject, Native Alabamian)**
**Plaintiff,**

v.                                 CASE NO. 3:22 cv 1244-MHH

**Wells Fargo**
**(Citizen of California)**
**Defendant,**

**Pursuant to 15 USC 1692k Civil liability**
**Pursuant to 15 USC 1692d Harassment and abuse**
**Pursuant to 15 USC 1692e False or mislead**
**Pursuant to 28 USC 1332 Diversity of Citizenship**

<u>**Complaint for Harassment, Abuse, False/Misrepresentation**</u>

**AFFIDAVIT OF TRUTH**

1. Comes now, ingam bey, eric jamar, National of the United States of America, non-citizen, non-subject, non-resident, native Alabamian bringing this civil action against the defendant for damages of false and misleading representation, harassment and abuse.

2. **Jurisdiction-** This court has jurisdiction due to the diversity of citizenship between the parties as stated in 28 USC 1332.

3. **Parties-** Plaintiff is the people of United States of America, National non-citizen, nonresident, non-subject, native Alabamian. **950 No head Hollow Rd Muscle Shoals AL, non-domestic, without United States.**

   Defendant is a citizen, subject, of California
   420 Montgomery Street, San Francisco, CA 94104

4. On March 24, 2022 5:08am defendant received from the Plaintiff via express mail# EI2851357US a Remittance and written communication pursuant to the laws of Accord and Satisfaction. The United States Postal Money Order:27528015418 with statement "**in good faith, in accord and full satisfaction for all debts and performance obligations**" **was accepted by the defendant according to the provisions of accord and satisfaction.**

5. As stated in Alabama Code Title 7 - Commercial Code.
   Article 3 - Negotiable Instruments.
   Part 6 - Discharge and Payment.
   Section 7-3-603 - Tender of Payment.
   (b) If tender of payment of an amount due on an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is discharge, to the extent of the amount of the tender, of the obligation of an indorser or accommodation party having a right of recourse with respect to the obligation to which the tender relates.

   § 3-311. ACCORD AND SATISFACTION BY USE OF INSTRUMENT.
   (d) A claim is discharged if the person against whom the claim is asserted proves that within a reasonable time before collection of the instrument was initiated, the claimant, or an agent of the claimant having direct responsibility with respect to the disputed obligation, knew that the instrument was tendered in full satisfaction of the claim.

   Tender of Payment was made to the extent of accord and satisfaction of all claims. Tender was accepted to the same extent as is now fully discharged.

6. Attached to this petition is all the Proof that meets the grounds of all debt and obligations are now fully discharged. Defendant seeking any form of extra payment is fraud, harassment, and defrauding me as the Creditor and my rights to subrogation according to Alabama Code 8-3-2 :A surety who has paid his principal's debt is entitled to a transfer of the original and collateral security which the creditor holds; he has all the rights to realize thereon and to reimburse himself to the same extent as the creditor might have done before the surety paid him, whether paid before or after judgment; and he shall be substituted for the creditor and subrogated to all his rights and remedies; in effect, he shall be a purchaser of the debt and all its incidents.

7. **Legal Determinations Regarding Accord and Satisfaction**

The intent of the receiving party is not taken into consideration. See Holley v. Holley, Idaho App.1996, 915 P.2d 733, 128 Idaho503
Words of Protest can not change the rules of Accord and Satisfaction. See; McMahon Food Corp. v. Burger Dairy Co. C.A.7 (Ill.) 1996, 103 F.3d 1307, (Rehearing Denied)

Obliterating and/or wiping out the verbiage does not void the principles of Accord and Satisfaction. See; Holley v. Holley, , Idaho App.1996, 915 P.2d 733, 128 Idaho503

Failure to Notice, Acknowledge and or understand the Verbiage does not change the provisions of Accord and Satisfaction See; McMahon Food Corp. v. Burger Dairy Co. C.A.7 (Ill.) 1996, 103 F.3d 1307, (Rehearing Denied)

Verbiage such as; "Upon Receipt" and the like are acceptable to use on instruments. See; In re Runge, Bkrtcy. D.N.H. 1998, 226 B.R. 298

Accord and Satisfaction if done once is sufficient even if an additional payment is Tendered at a later date. Should a Debtor make such an additional payment, said Debtor is entitled to Reimbursement of all subsequent payments. See; Austin v. Padgett, Miss. 1996, 678 So.2d 1002

8. Defendant after accepting the instrument pursuant to accord and satisfaction of any and all outstanding debts continues to harass and abuse the Plaintiff with calls seeking to collect a debt (see Exhibits). Defendant is also committing false/misleading representation of the character, amount and legal status of the debt. Once Defendant accepted the remittances on 3/26/2022 under the provisions stated on the instrument and written communication all debts, claims, and obligations or performances was fully discharged upon receipt. Failure of the defendant to notice, acknowledge and or understand the verbiage does not change the provisions of Accord and Satisfaction.

9. Defendant claims to deny payment of accord and satisfaction and says the plaintiff still owes a debt. This is causing harm and damage to my consumer credit report and to my reputation. Defendant is using unfair practices according to 15 usc 1692f by unconscionable means to collect or attempt to

collect a debt from me after all debts have been settled in accord and satisfaction.

10. Defendant received on September 9th, 2022, at 10:36am Affidavit of Truth and evidence proving according to the rules of accord and satisfaction UCC 3-311 defendant accepted the remittances in full satisfaction of all claims. Defendant still continued with harassment and misleading representation.

11. Prayer for Relief- Plaintiff ask for the account#1980102435 with the defendant be balance to zero of all claims. I also ask to receive the title to the 2012 FORD MUSTANG Vin#1ZVBP8EM8C5286800 immediately since all debts have been settled pursuant to the rules of accord and satisfaction.

For Harassment Plaintiff is asking for $5000
For Abuse Plaintiff is asking for $5000
For False/Misleading Representation $15,000.00
For Fraud and Deceit- $20,000.00
Threats of Repossession- $10,000
Defendant to pay all court cost fees

I declare under penalty and perjury under the laws of the United States of America and Moorish National Republic of peace that all is correct with proof and to my knowledge.

By:_____
ingram bey, eric jamar Plaintiff/Surety/Creditor absolute, Beneficiary private National of United States of America non citizen, and privately domiciling within a non- military occupied private area not subject to the jurisdiction of the military municipal "Laws of the United States" mode,
Contact: ingram bey, eric jamar, Surety/Redeemer/Beneficiary/Lender/Original Creditor
ERIC INGRAM BEY
950 No Head Hollow Rd
Muscle Shoals, Province of Alabama
Non domestic, without United States



**MOORISH NATIONAL REPUBLIC OF PEACE**
**NATIONAL HEADQUARTERS**
**950 NO HEAD HOLLOW RD**
**MUSCLE SHOALS, PROVINCE OF ALABAMA**
**Non-Domestic, Without United States**
PHONE: 256-214-9994
EMAIL: province.ala.ag1@gmail.com
www.moorishnationalrepublicofpeace.com
"To Uplift Fallen Humanity"

 

## NOTICE TO PRINCIPAL IS NOTICE TO AGENT NOTICE TO AGENT IS NOTICE TO PRINCIPAL

To. Wells Fargo
Chief Financial Officer
P.O. Box 17900
Denver, CO 80217-0900

Account#1980102435

## AFFIDAIVT OF TRUTH

1. I, ingram bey, eric jamar, Private National of the United States, non-citizen, native Alabamian, surety of the Principal ERIC JAMAR INGRAM, sent a Remittance and a written communication via USPS mail Tracking# EI285135735US pursuant to the laws of tender of payment Alabama code 7-3-603, Accord and Satisfaction Alabama Code 7-3-311

2. The $20 Money Order USPS Serial#27528015418 with the statement **"in good faith, in accord and full satisfaction for ALL debts and performance obligations"** was ACCEPTED by you as a tender of payment in accord and full satisfaction. As shown in the evidence provided.

3. As stated in Alabama Code **Title 7 - Commercial Code.**
**Article 3 - Negotiable Instruments.**
**Part 6 - Discharge and Payment.**
**Section 7-3-603 - Tender of Payment.**

    (b) If tender of payment of an amount due on an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is

discharge, **to the extent of the amount of the tender**, of the obligation of an indorser or accommodation party having a right of recourse with respect to the obligation to which the tender relates.

Tender of Payment was made to the extent of accord and satisfaction of all claims. Tender was accepted to the same extent as is now fully discharged.

Attached is all the Proof that meets the grounds of all debt and obligations are now fully discharged. Seeking any form of extra payment is fraud, harassment, and defrauding me as the Creditor and my rights to subrogation according to Alabama Code 8-3-2  :A surety who has paid his principal's debt is entitled to a transfer of the original and collateral security which the creditor holds; he has all the rights to realize thereon and to reimburse himself to the same extent as the creditor might have done before the surety paid him, whether paid before or after judgment; and he shall be substituted for the creditor and subrogated to all his rights and remedies; in effect, he shall be a purchaser of the debt and all its incidents.

4. You now have 9 days to balance the account to zero of all claims. I also demand the title to the 2012 Mustang, as it is my right as the Creditor to receive all securities and rights of the original creditor according to the statement above. If you decide not to follow the law and the request, I have demanded from you within the amount of time, I will be seeking civil actions pursuant to the Statutes of Fraud and accord and satisfaction laws.

**Legal Determinations Regarding Accord and Satisfaction**

The intent of the receiving party is not taken into consideration. See Holley v. Holley, Idaho App.1996, 915 P.2d 733, 128 Idaho503

Words of Protest can not change the rules of Accord and Satisfaction. See; McMahon Food Corp. v. Burger Dairy Co. C.A.7 (Ill.) 1996, 103 F.3d 1307, (Rehearing Denied)

Obliterating and/or wiping out the verbiage does not void the principles of Accord and Satisfaction. See: Holley v. Holley, , Idaho App.1996, 915 P.2d 733, 128 Idaho503

Failure to Notice, Acknowledge and or understand the Verbiage does not change the provisions of Accord and Satisfaction See; McMahon Food Corp. v. Burger Dairy Co. C.A.7 (Ill.) 1996, 103 F.3d 1307, (Rehearing Denied)

Verbiage such as; "Upon Receipt" and the like are acceptable to use on instruments. See: In re Runge, Bkrtcy. D.N.H. 1998, 226 B.R. 298

Accord and Satisfaction if done once is sufficient even if an additional payment is Tendered at a later date. Should a Debtor make such an additional payment, said Debtor is entitled to Reimbursement of all subsequent payments. See: Austin v. Padgett, Miss. 1996, 678 So.2d 1002

# I WILL WIN THIS VERY EASILY IN COURT AND YOU WILL BE RESPONSIBLE FOR ALL COURT COST AND PAIN AND SUFFERING CAUSED!

5. I declare under penalty and perjury under the laws of Alabama and Moorish National Republic of peace that all is correct with proof and to my knowledge.

By: _____

ingram bey, eric jamar Surety/Creditor absolute, Beneficiary private National of United States of America non citizen, and privately domiciling within a non- military occupied private area not subject to the jurisdiction of the military municipal "Laws of the United States" mode,
Contact: ingram bey, eric jamar, Surety/Redeemer/Beneficiary/Lender/Original Creditor
ERIC INGRAM
950 No Head Hollow Rd
Muscle Shoals, Province of Alabama
Non domestic, without United States



## MOORISH NATIONAL REPUBLIC OF PEACE
### COMMERCIAL AFFIDAVIT
### AFFIDAVIT OF NOTICE, DECLARATION, AND DEMAND
### FAIR NOTICE AND WARNING OF COMMERCIAL GRACE
### THIS IS A U.S. S.E.C. TRACER FLAG, NOT A POINT OF LAW

### A SECURITY (15 USC)

### COMMERCIAL AFFIDAVIT
### THIS A U.S. S.E.C. TRACER FLAG
### NOT A POINT OF LAW*

To: Wells Fargo Auto
PO Box 17900
Denver, CO 80217-0900

Proof of written
Communication
Pursuant to
Alabama code 7-3-311
UCC code 3-311

From: Guarantor/Surety/Beneficiary
eric ingram bey on behalf of the Principals
CAROLYN INGRAM
ERIC INGRAM
950 No Head Hollow Rd
Muscle Shoals, AL 35661

### Notice of Accord and Full Satisfaction

Know by all Men Presents, the Surety for the Principals, eric ingram bey hereby giving notice to the alleged Creditor Wells Fargo Auto for account#1980102435 For the Vehicle 2012 Ford Mustang VIN#1ZVBP8EM8C5286800. I will tender payment without recourse and all rights reserved "**in good faith in accord and full satisfaction**" for all debts and performance obligations via united states postal money order within 3 days upon you receiving this notice. As stated, I am the Surety in subrogation for the principal, substitution for the principal in respect to debt in consideration of Credits, transferring all rights in equity and duties of honorable performance. I am not liable for any obligations or other security of the United States (18 USC 8).

By: _____ UCC 1-308
ingram bey, eric jamar Grantee absolute, Beneficiary private National of Moorish National Republic of Peace. I declare under penalty and perjury under the laws of Moorish National Republic of Peace all stated above is true.

EI 285 135 735 US



Payment History Details

Customer Name: CAROLYN INGRAM | Loan Number: *980102435

Print

| Posting Date | Transaction Description | Transaction Amount | Next Due Date | Principal | Interest | CPI | CPI Interest | Late Charges | Other Charges | Unapplied CPI Amount | Principal Balance | Payment Balance | Variance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | Late charge added | ($18.00) | | | | | | ($18.00) | | | | | |
| 07/29/2022 | WF Store payment | $200.00 | 07/24/2022 | $97.93 | $102.07 | | | | | | | $9,330.32 | $92.65 |
| 07/09/2022 | Late charge added | ($18.00) | | | | | | ($18.00) | | | | | |
| 06/13/2022 | Automated telephone payment | $429.55 | 06/24/2022 | $317.17 | $112.38 | | | | | | | $9,428.25 | $90.00 |
| 06/08/2022 | Late charge added | ($18.00) | | | | | | ($18.00) | | | | | |
| 05/23/2022 * | Payment reversal | ($393.55) | 04/24/2022 | ($286.80) | ($52.75) | | | ($54.00) | | | | $9,745.42 | $55.15 |
| 05/18/2022 | Payment | $393.55 | 06/24/2022 | $286.80 | $52.75 | | | $54.00 | | | | $9,458.62 | |
| 05/09/2022 | Late charge added | ($18.00) | | | | | | ($18.00) | | | | | |
| 04/25/2022 | WF Store payment | $205.00 | 04/24/2022 | $188.63 | $16.37 | | | | | | | $9,745.42 | $55.15 |
| 04/18/2022 | WF Store payment | $200.00 | 03/24/2022 | $28.73 | $171.27 | | | | | | | $9,934.05 | $47.50 |
| 04/08/2022 | Late charge added | ($19.00) | | | | | | ($19.00) | | | | | |
| 03/26/2022 * | Payment | $20.00 | 02/24/2022 | | $20.00 | | | | | | | $9,962.78 | $44.85 |
| 03/11/2022 | Late charge added | ($18.00) | | | | | | ($18.00) | | | | | |
| 03/07/2022 * | Payment | $1.00 | 02/24/2022 | | $1.00 | | | | | | | $9,962.78 | $24.85 |
| 01/26/2022 | WF Store payment | $400.00 | 02/24/2022 | $265.20 | $134.80 | | | | | | | $9,962.78 | $23.85 |
| 01/08/2022 | Late charge added | ($18.00) | | | | | | ($18.00) | | | | | |
| 12/01/2021 | WF Store payment | $200.00 | 12/24/2021 | $109.98 | $90.02 | | | | | | | $10,227.98 | $18.55 |

Close Window

[handwritten note with arrow pointing to 03/26/2022 row:] Proof you accepted tender of Payment in accord and satisfaction for all debts and obligations

After 04/08/22, a late charge may apply. **IN FULL SATISFACTION**

Make a fast and easy payment online at wellsfargo.com, or send this coupon and your payment prior to the due date. Please write your account number on your check or money order and make payable to Wells Fargo Auto.

Account number: 1980102435

☐ Check box for address correction and list changes on reverse side.

CAROLYN INGRAM
ERIC INGRAM
950 NO HEAD HOLLOW RD
MUSCLE SHOALS AL 35661-5019

Payment due date: 02/24/22
Total amount due: 388.85

Additional amount to be applied to principal balance (See reverse side)
Total amount enclosed

*I accept for value as legal tender for "All Debt"*

WELLS FARGO AUTO
PO BOX 17900
DENVER, CO 80217-0900

000251 1980102435 0000019735 0000038885 9

memo: "in good Faith, in accord and Full Satisfaction"
For "All" Debts and Performance obligations

"IN Full Satisfaction"
Full Payment
[signature]
guarantor/bailor



UNITED STATES POSTAL SERVICE

CUSTOMER'S RECEIPT
In Full Satisfaction

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
NOT NEGOTIABLE

Pay to: Wells Fargo Auto
Address: PO Box 17900
Dover CO 80217-0900

Serial Number: 27528015418
Year, Month, Day: 2022-03-23   Post Office: 35661   $20.00   Clerk: 21

KEEP THIS RECEIPT FOR YOUR RECORDS

Proof you accepted a tender of payment in accord and satisfaction

**WELLS FARGO** Auto

August 31, 2022

CAROLYN INGRAM & ERIC INGRAM
950 NO HEAD HOLLOW RD
MUSCLE SHOALS, AL 35661-5019

*This is very inaccurate*

Subject: Returned check for account ending in 2435

Date check received: 08/18/22
Amount: #21.00
Check number: 27925508553
Claim number: N/A

Dear CAROLYN INGRAM & ERIC INGRAM:

We recently received a check from you that we are unable to process and are returning it for the reason(s) listed below:

Other: [ Not clear to us how the customer wants the funds to be applied. We do not accept tender by surety or accord and satisfaction. ) ]

**Payment options**
For your convenience, we offer a variety of payment options for prompt and accurate payment processing:

- **Automatic Payments:** With automatic payments, your payment is debited from your designated checking or savings account each month free of charge. There is no enrollment fee for automatic payments. You can enroll online at wellsfargo.com.
- **Online:** Sign on at wellsfargo.com. Online payment is free for Wells Fargo Auto customers.
- **Phone:** Call 1-800-289-8004, 24 hours a day, 7 days a week to use our automated system.
- **Online bill pay:** You can make payments through your financial institution, if applicable.
- **Mail:** Make your check or money order payable to Wells Fargo Auto. Be sure to fill in all sections on the money order. (Do not send cash.) Write your account number on your check or money order, and include the payment stub from your billing statement.
    - Mail your payment to:
    Wells Fargo Auto
    P.O. Box 17900
    Denver, CO 80217-0900
- **Wells Fargo branch:** You can make payments at any Wells Fargo banking location at no charge, and a Wells Fargo account is not required.
- **Western Union or MoneyGram:** You can send payments from offices nationwide; they typically charge a fee.
    - Western Union: Include City Code: CATX  State Code: TX
    - MoneyGram: Include Receive Code: 1815

**We're here to help**
If you have questions, please call us at 1-800-289-8004, Monday – Thursday, 7:00 a.m. to 10:00 p.m., Friday, 7:00 a.m. to 9:00 p.m., and Saturday, 7:00 a.m. to 5:30 p.m. Central Time. For customers with hearing or speech disabilities, we accept telecommunications relay service calls.

OF/LTR-130 (04/28/21)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A. © 2021 Wells Fargo Bank, N.A. All rights reserved.

# NOTICE TO PRINCIPAL IS NOTICE TO AGENT, NOTICE TO AGENT IS NOTICE TO PRINCIPAL

## ALABAMA CONSTITUTIONAL WARNING

1. As the People of Alabama, Invoke the Alabama Constitution 1901 Sections 1 through 36.
2. I accept all oaths of all officers of the Court to the United States Constitution and Alabama Constitution as described above.
3. As the People of Alabama, I invoke Article 1 section 13 of the Alabama Constitution- That all courts shall be open; and that every person, for any injury done him, in his lands, goods, person, or reputation, shall have a remedy by due process of law; and right and justice shall be administered "WITHOUT SALE", denial, or delay.

   The US Supreme Court has ruled that a natural individual entitled to relief is "entitled to free access to the natural people's judicial tribunals and public offices in every State of the
   Union"(2 Black 620, see also

   Crandell v Nevada, 6 Wall 35]. Plaintiff (libellant) should not be charged fees or costs for the lawful and Constitutional Protected Right to petition this court in this matter in which he/she is entitled to relief, as it appears that the filing fee rule was originally implemented for fictions and subjects of the State and should not be applied to the Plaintiff who is a natural individual and entitled to relief (Hale v Hinkel, 201 US 43, NAACP v Button, 371 US 415); United Mineworkers v Gibbs, 383 US 715; and
   Johnson v Avery, 89 S.Ct. 747 (1969).

   Petitioner (libellant) cannot be charged a fee as no charge can be placed upon a citizen as a condition precedent to exercise his/her Constitutional Protected Rights, his/her rights secured by the Constitution. A fee is a charge "fixed by law for services fixed by public officers or for use of a privilege under control of government." Fort Smith Gas Co. v Wisemen" 189 Ark.675 74 SW.2d 789,790, from Black's Law Dictionary 5th Ed.

   The US Supreme Court has ruled that a natural person entitled to relief is "entitled to free access to its judicial tribunals and public offices in every State of the Union(2 Black 620, see also Crandell v Nevada, 6 Wall 35].

   Plaintiff (libellant) should not be charged fees or costs for the lawful and Constitutional Right to

petition this court in this matter in which he/she is entitled to relief, as it appears that the filing fee rule was originally implemented for fictions and subjects of the State and should not be applied to the Plaintiff who is a natural individual and entitled to relief (Hale v Hinkel, 201 US 43.

~~[redacted]~~

The State of Alabama arbitrarily and erroneously my right to work into a privilege, and issued a license and a fee for it, That's unconstitutional *Marbury v Madison* 5 U.S. 137 (1803). Anything in conflict or repugnancy is null and void of law. Since the state converted my right into a privilege and issued a right and a privilege and issued a license and fee for it Murdock v Pennsylvania clearly says " No state shall convert a secured liberty into privilege, and issue a license and fee for it."

When the state does issue a license and fee converting a secured liberty into a privilege, Shuttleworth v. City of Birmingham 373 U.S. 262 says I may ignore the license and fee and engage in the right with impunity.

IF YOU ARE GOING TO ACT ULTRA VIRES AND OUTSIDE OF YOUR POWERS UNLAWFULLY EXERCISING YOUR OFFICE, A WRIT OF QUO WARRANTO WILL BE FILED ~~IN THE CIRCUIT COURT AGAINST ANY VIOLATORS~~

By: _____
ingram bey, eric jamar  Beneficiary private National of Republic Alabama in Moorish National Republic of Peace and privately residing privately domiciling within
a non- military occupied private area not subject to the jurisdiction of the military municipal "Laws of the United States" mode, process and procedure Bearer of the Kingship of Heaven
Contact:
Eric jamar Ingram Bey Living Trust
950 No Head Hollow Rd
Muscle Shoals, Province of Alabama
Non domestic, without United States

