# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA,
# NORTHWESTERN DIVISION

| | |
|---|---|
| **ERIC JAMAR INGRAM BEY,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) **Case No. 3:22-cv-1244-MHH** |
| **WELLS FARGO,** | ) ) ) |
| **Defendant.** | ) |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant identified as Wells Fargo, properly known as Wells Fargo Auto, a division of Wells Fargo Bank, N.A. ("Wells Fargo") submits the following corporate disclosure statement:

Wells Fargo Auto is a division of Wells Fargo Bank, N.A. Wells Fargo Bank, N.A. is an indirect, wholly owned subsidiary of Wells Fargo & Company. Wells Fargo & Company is a publicly traded corporation on the New York Stock Exchange under the symbol WFC. Wells Fargo & Company is not aware of any publicly held corporation that owns 10% or more of its stock.

49316077 v1

Respectfully submitted this 28th day of October, 2022.

        */s/ Rachel B. Cash*
        D. Keith Andress (ASB-8396-R56D)
        Rachel B. Cash (ASB-1314-C59B)

        Attorneys for Defendant
        WELLS FARGO AUTO, A DIVISION OF WELLS FARGO BANK, N.A.

**OF COUNSEL:**

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
kandress@burr.com
rcash@burr.com

## CERTIFICATE OF SERVICE

I hereby certify that a true or correct copy of the foregoing was filed via the Court's CM/ECF system and served by first class U.S. Mail, postage prepaid, on October 28, 2022, to the following:

Eric Jamar Ingram Bey
950 No Head Hollow Road
Muscle Shoals, AL 35661

*/s/ Rachel B. Cash*
            OF COUNSEL