FILED
2022 Oct-28 PM 03:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

United States District Court
Northern District of Alabama
Northwestern Division

**Ingram Bey, Eric Jamar**
**(National of the United States, non-citizen, non-resident, non-subject, Native Alabamian)**
**Plaintiff,**

**v.**                        **CASE NO 3:22cv1244-MHH**

**Wells Fargo**
**(Citizen of California)**
**Defendant,**

### Error correction on document 2 Document 2

The undersigned filed a complaint for **Harassment, Abuse, False/Misrepresentation** the plaintiff enters into this court proof of service via express mail: EI466255735US to the defendant location 420 MONTGOMERY STREET, SAN FRANCISCO, CA 94104.

### AFFIDAVIT FOR DEFAULT JUDGEMENT

Comes now, ingram bey, eric jamar, National of the United States of America, non-citizen, non-subject, non-resident, native Alabamian motioning this court for default judgment for failure of the defendant to answer within 21 days pursuant to Rule 12 of Federal Rules of Civil Procedures. It has been over 21 days and the defendant has not responded since being served and given notice of the complaint.

I motion this court for default judgment for Plaintiff asking for the account#1980102435 with the defendant be balance to zero of all claims. As the equitable owner with equitable title, I also ask to receive the legal title as to the 2012 FORD MUSTANG Vin#1ZVBP8EM8C5286800 immediately since all debts have been settled pursuant to the rules of accord and satisfaction.

For Harassment Plaintiff is asking for $5000
For Abuse Plaintiff is asking for $5000
For False/Misleading Representation $15,000.00
For Fraud and Deceit- $20,000.00
Threats of Repossession- $10,000
Defendant to pay all court cost fees

1. I declare under penalty and perjury under the laws of the United States of America and Moorish National Republic of peace that all is correct and true to my knowledge.

By: _____  10-25-2022

ingram bey, eric jamar private National of United States of America non citizen, and privately domiciling within a non- military occupied private area not subject to the jurisdiction of the military municipal "Laws of the United States" mode,
Contact: ingram bey, eric jamar,
950 No Head Hollow Rd
Muscle Shoals, Province of Alabama
Non domestic, without United States



## CERTIFICATE OF SERVICE /PROOF OF SERVICE

The undersigned filed the foregoing with the Clerk of Court by mail and to the defendant location 420 MONTGOMERY STREET, SAN FRANCISCO, CA 94104.