## United States District Court
## Northern District of Alabama
## Northwestern Division

FILED
2023 SEP 18 A 11: 46
U.S. DISTRICT COURT
N.D. OF ALABAMA

**Ingram Bey, Eric Jamar**

(National of the United States, non-citizen, non-resident, non-subject, Native Alabamian)

**Plaintiff,**

v.                                          CASE NO 3:22-cv-01244

**Wells Fargo**

(Citizen of California)

**Defendant,**

**NOTICE OF VOLUNTARY DISMISSAL**

TO: Clerk of Court AND TO Defendant

PLEASE TAKE NOTICE that the Plaintiff, hereby dismisses the above-captioned case against the Defendant, with prejudice.

This dismissal is made pursuant to Rule 41(a) of Federal Civil Procedures following an out-of-court settlement between the parties.

I declare under penalty and perjury under the laws of the United States of America and Moorish National Republic of peace that all is correct with proof and to my knowledge.

9-15-2023

By: _____
ingram bey, eric jamar Plaintiff/Surety/Creditor absolute, Beneficiary private National of United States of America non citizen, and privately domiciling within a non- military occupied private area not subject to the jurisdiction of the military municipal "Laws of the United States" mode,
Contact: ingram bey, eric jamar, Surety/Redeemer/Beneficiary/Lender/Original Creditor
ERIC INGRAM
950 No Head Hollow Rd
Muscle Shoals, Province of Alabama
Non domestic, without United States



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; July 2022; All rights reserved.

**PRIORITY MAIL EXPRESS®**
UNITED STATES POSTAL SERVICE®

EI 511 479 970 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)    PHONE (   )
M.N.R.P.
950 Ne Heue Hollow Rd
Muscle Shoals AL 35661

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT)    PHONE (   )
U.S. Court Clerk
101 Holmes Ave NE Ste 101
Huntsville, AL
ZIP: 35801

**PAYMENT BY ACCOUNT**
USPS® Corporate Acct. No.
Federal Agency Acct. No. or Postal Service™ Acct. No.: 10187236S

**ORIGIN (POSTAL SERVICE USE ONLY)**
☒ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO
PO ZIP Code: 35661
Scheduled Delivery Date: 9/16/23
Postage: $28.75
Scheduled Delivery Time: 6:00 PM
Date Accepted: 9/15/23
Time Accepted: 8:48 AM
Flat Rate
Total Postage & Fees: $28.75

**DELIVERY (POSTAL SERVICE USE ONLY)**
LABEL 11-B, MAY 2021   PSN 7690-02-000-9996



EP13F July 2022
OD: 12 1/2 x 9 1/2