# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA,
### NORTHWESTERN DIVISION

| | |
|---|---|
| **ERIC JAMAR INGRAM BEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No. 3:22-cv-1244-MHH** |
| | ) |
| **WELLS FARGO,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Eric Jamar Ingram Bey ("Plaintiff") and Defendant identified as "Wells Fargo," properly identified as Wells Fargo Auto, a division of Wells Fargo Bank, N.A. ("Wells Fargo") and hereby agree and jointly stipulate that all claims asserted by Plaintiff in this action are hereby dismissed, with prejudice and with each party to bear its own fees and costs.

Respectfully submitted this 26th day of September, 2023.

*/s/ Eric J. Ingram Bey*
Eric Jamar Ingram Bey (*Pro se*)
950 No Head Hollow Road
Muscle Shoals, AL 35661

PLAINTIFF

*/s/ Rachel B. Cash*
D. Keith Andress (ASB-8396-R56D)
Rachel B. Cash (ASB-1314-C59B)
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
kandress@burr.com
rcash@burr.com

Attorneys for Defendant
WELLS FARGO AUTO, A DIVISION OF WELLS FARGO BANK, N.A.

51773877 v1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true or correct copy of the foregoing was filed via the Court's CM/ECF system and served by first class U.S. Mail, postage prepaid, on September 26, 2023, to the following:

Eric Jamar Ingram Bey<br>
950 No Head Hollow Road<br>
Muscle Shoals, AL 35661

                                          */s/ Rachel B. Cash*
                                          OF COUNSEL